# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00749-CV

**Jeffrey S. Kelly, Pamela K. Kelly and Jeff Kelly Construction, Appellants**

**v.**

**Stock Building Supply of Texas, L.P. d/b/a Stock Building Supply, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-08-001020, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a joint motion to vacate the trial court's judgment and remand to the trial court for the rendition of judgment in accordance with the parties' settlement agreement. We grant the motion, vacate the judgment without reference to the merits, and remand to the trial court for rendition of judgment in accordance with the settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Vacated and Remanded on Joint Motion

Filed:   December 17, 2010